

April Mottahedeh
9583 Buttemere Rd
Phelan, CA 92371
760 868 5834
815 346 2637 Fax
aprilmottahedeh@gmail.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**--RIVERSIDE DIVISION--**

The Bank of New York
Mellon FKA The Bank of
New York, As Trustee for
the Certificate Holders of
the CWABS INC., ASSET-BACKED
Certificates, Series 2006-10,
                          Plaintiff,

vs.

April L. Mottahedeh,
Peymon Mottahedeh,
and Does 1-5,

                          Defendants,

Case No. UDVS1300437

**ED CV 13 - 00356 JGB (OPx)**

**MOTION TO REMOVE THIS ACTION**
**TO UNITED STATES DISTRICT COURT**
**RIVERSIDE DIVISION**
**FROM CENTRAL DISTRICT OF CALIFORNIA**

### NOTICE OF REMOVAL

April Mottahedeh and Peymon Mottahedeh, Defendants, hereby removes Case No. UDVS 1300437 from the Superior Court of California, County of San Bernardino, Victorville Division, to the United States District Court Central District of California, Riverside Division  pursuant to 28 U.S.C. § 1367, 1441 and 1446, and as grounds for its removal states as follows:

### STATEMENT OF THE CASE

1. On February 11, 2013 Plaintiff, The Bank of New York Mellon, filed a Verified Complaint for Unlawful Detainer in the California Superior Court of San Bernardino County, Victorville District styled Bank of New York Mellon v. April Mottahedeh, Case No. UDVS1300437 (the "State Court Action") A copy of the Complaint, with exhibits, is attached as Exhibit A.

2. Defendant was served with the Compliant on February 18, 2013.



3. The Complaint purports to assert that the property located at 14266 City View Court, Victorville, California 92395, Assessor's Parcel Number 0477-233-21-0-000 (the "Property") was sold to the Plaintiff on October 9, 2012 at trustee sale.

4. The relief that the Plaintiff seeks on behalf of themselves (1) for restitution and possession of the Property, (2) for damages in the amount of $30.00 per day from February 5, 2013, and for each day that Defendants continue in possession of the Property through the date of entry of judgment; and (3) for costs and for such other and further relief as the court may deem just and proper.

## SUPPLEMENTAL JURISDICTION UNDER 28 U.S.C. § 1367

5. This Court has jurisdiction over this matter under 28 U.S.C. § 1367, because there is currently a case based upon the facts of this complaint on file and pending in this Court styled as April Mottahedeh v. Bank of America Home Loans et.al. Case No.5:12-cv-00165-VAP-OP since February 3, 2012.

6. On January 31, 2013 the Court issued an Order Granting a Motion to Dismiss Case No.5:12-cv-00165-VAP-OP.

7. On February 25, 2013 Defendant filed a Motion to Amended or Alter a Judgment based off of the Court Order of January 31, 2013 for Case No.5:12-cv-00165-VAP-OP.

## ALL PROCEDURAL REQUIREMENTS FOR REMOVE HAVE BEEN SATISFIED

8. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of the process, pleadings, orders and documents from the State Court Action which have been served upon Defendant are being filed with the Notice of Removal. Defendant will file true and legible copies of all other documents on file in the State Court Action, as well as a certification within 30 days of the filing of this Notice of Removal.

9. This Notice of Removal has been filed within 30 days of the date the Defendant was served with the Compliant in this matter. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

10. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the U.S. District Court for the Central District of California is the federal judicial district embracing the California

Superior Court of San Bernardino County, Victorville District, where the State Court Action was originally filed.

## CONCLUSION

By this Notice of Removal, Defendant does not waive any objections it may have as to service, jurisdiction or venue, or any other defense or objections it may have to this action. Defendant intends no admission of fact, law or liability by this Notice, and expressly reserves all defenses, motion and/or pleas.

Date:   February 25, 2012

Peymon Mottahedeh                           April Mottahedeh, *Pro Se*

**PROOF OF SERVICE BY MAIL**

I, Peymon Mottahedeh, hereby certify that I placed a copy of:

**MOTION TO REMOVE THIS ACTION TO UNITED STATES DISTRICT COURT RIVERSIDE DIVISION FROM CENTRAL DISTRICT OF CALIFORNIA AND NOTICE OF FILING NOTICE OF REMOVAL IN THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

in the case of:

April Mottahedeh v. Bank of America Home Loans Servicing LP, Bank of America, N.A., RECONTRUST COMPANY, Bank of New York, Esther Gray, Sheryl Dela Cruz, Equity Options Inc. and Does 1 through 20, Case No. 5:12-cv-00165-VAP-OP

in an envelope, sealed said envelope and placed sufficient First Class postage on said envelope and addressed it to:

Attorney David Joerger

Bryan Cave LLP, attorneys for:

Bank of America Home Loans Servicing LP, Bank of America, N.A., RECONTRUST COMPANY, Bank of New York, Esther Gray, Sheryl Dela Cruz, Mortgage Electronic Registration Systems,

3161 Michelson Dr. Suite 1500

Irvine, CA 92612

I delivered said envelope to the care of United States Postal Service in Phelan, California on the date listed below.

Date: February 25, 2013

Peymon Mottahedeh

9582 Buttemere Rd.

Phelan, CA 92371

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY FOR (Name):

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 14455 CIVIC DRIVE, SUITE 100
MAILING ADDRESS: SAME
CITY AND ZIP CODE: VICTORVILLE, CA 92392
BRANCH NAME: VICTORVILLE DISTRICT   LIMITED CIVIL CASE

UDVS1300437

PLAINTIFF: SEE ATTACHMENT

DEFENDANT: APRIL L MOTTAHEDEH, PEYMON MOTTAHEDEH, and DOES 1-5

UDVS1300437

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

CASE NUMBER:

| Complete this form only if ALL of these statements are true: | (To be completed by the process server) |
|---|---|
| 1. You are NOT named in the accompanying Summons and Complaint. | DATE OF SERVICE: |
| 2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed. | (Date that this form is served or delivered, and posted, and mailed by the officer or process server) |
| 3. You still occupy the premises. | |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is (specify):

2. I reside at (street address, unit No., city and ZIP code):

3. The address of "the premises" subject to this claim is (address):

4. On (insert date): [ FEB 1 1 2013 ], the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. (This date is the court filing date on the accompanying Summons and Complaint. )

5. I occupied the premises on the date the complaint was filed (the date in item 4). I have continued to occupy the premises over since.

6. I was at least 18 years of age on the date the complaint was filed (the date in item 4).

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed (the date in item 4).

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. (Filing fee) I understand that I must go to the court and pay a filing of $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

CP 10.5 [New January 1, 1991]   PREJUDGMENT CLAIM OF RIGHT TO POSSESSION   Legal Solutions & Plus   Code of Civil Procedure, §§ 415.46, 715.010, 715.020, 1174.25

Exhibit A

| PLAINTIFF (Name): SEE ATTACHMENT | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): APRIL L MOTTAHEDEH, PEYMON MOTTAHEDEH, and DOES 1-5 | |

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you)*:
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date:

▶

. . . . . . . . . . . . . . . . . . . . . . . .
       (TYPE OR PRINT NAME)                     (SIGNATURE OF CLAIMANT)

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

---

**- NOTICE TO OCCUPANTS -**

**YOU MUST ACT AT ONCE if all the following are true:**
    1. You are NOT named in the accompanying Summons and Complaint.
    2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed. *(The date is the court filing date on the accompanying Summons and Complaint.)*
    3. You still occupy the premises.

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)* If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

MC-025

| SHORT TITLE: THE BANK OF NEW YORK v. MOTTAHEDEH | CASE NUMBER: |
|---|---|

**ATTACHMENT** *(Number):* _____

*(This Attachment may be used with any Judicial Council form.)*

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-10

---

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page _____ of _____

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**


Legal
Solutions
Plus

SUM-130

# SUMMONS
## *(CITATION JUDICIAL)*
### UNLAWFUL DETAINER – EVICTION
### *(RETENCIÓN ILÍCITA DE UN INMUEBLE – DESALOJO)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

F I L E D
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
VICTORVILLE DISTRICT

FEB 1 1 2013

*Felicia Conklin*
FELICIA CONKLIN, DEPUTY

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
APRIL L MOTTAHEDEH, PEYMON MOTTAHEDEH, and DOES 1-5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SEE ATTACHMENT

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last days falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California ( www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org) en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   CASE NUMBER *(Número del caso):* UDVS1300437
   SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
   14455 CIVIC DRIVE, SUITE 100
   VICTORVILLE, CA 92392
   VICTORVILLE DISTRICT     LIMITED CIVIL CASE

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   TFLG A LAW CORPORATION                              (530) 750-3700
   ERIC G. FERNANDEZ (SBN: 269684)
   SEAN H. BEDROSIAN (SBN: 265066)
   202 COUSTEAU PLACE, SUITE 260, DAVIS, CALIFORNIA 95618

3. *(Must be Answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§6400-6415) ☒ did not ☐ did
   for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: FEB 1 1 2013    Clerk, by FELICIA CONKLIN , Deputy
*(Fecha)*              *(Secretario)*                    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

4. NOTICE TO THE PERSON SERVED: You are served

   [SEAL]

   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as an occupant
   d. ☐ on behalf of *(specify):*
      under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
             ☐ CCP 416.46 (occupant)              ☐ other *(specify):*
5. ☐ by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

SUMMONS–UNLAWFUL DETAINER–EVICTION

Code of Civil Procedure, §§ 412.20,41
5.456.1 167
www.courtinfo.ca.gov

SUM-130

| PLAINTIFF: SEE ATTACHMENT | CASE NUMBER: |
|---|---|
| DEFENDANT: APRIL L MOTTAHEDEH, PEYMON MOTTAHEDEH, and DOES 1-5 | |

6.  **Unlawful detainer assistant** *(complete if plaintiff as received any help or advice for pay from an unlawful detainer assistant)*:

   a.  Assistant's name:

   b.  Telephone no.:

   c.  Street address, city, and zip:

   d.  County of registration:

   e.  Registration no.:

   f.  Registration expires on *(date)*:

SUM-200(A)

| SHORT TITLE:   THE BANK OF NEW YORK , v. MOTTAHEDEH | CASE NUMBER: |
|---|---|

### INSTRUCTIONS FOR USE

➤ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

➤ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons:  "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.):*

[x] Plaintiff      [ ] Defendant      [ ] Cross-Complainant      [ ] Cross-Defendant

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-10

Page _____ of _____
Page 1 of 1

### ADDITIONAL PARTIES ATTACHMENT
### Attachment to Summons

Legal Solutions Plus

1  TFLG A LAW CORPORATION
   ERIC G. FERNANDEZ (SBN: 269684)
2  SEAN H. BEDROSIAN (SBN: 265066)
   202 COUSTEAU PLACE, SUITE 260
3  DAVIS, CALIFORNIA 95618
   TELEPHONE: (530) 750-3700
4  FACSIMILE: (530) 750-3366

5  Attorney for Plaintiff
   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE
6  FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED
7  CERTIFICATES, SERIES 2006-10

FILED
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
VICTORVILLE DISTRICT

FEB 11 2013

BY _____
FELICIA CONKLIN, DEPUTY

8              SUPERIOR COURT OF CALIFORNIA

9                COUNTY OF SAN BERNARDINO

10                 VICTORVILLE DISTRICT

11                  LIMITED CIVIL CASE

| | |
|---|---|
| 12  THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-10, <br><br>15          Plaintiff, <br><br>16  v. <br><br>17  APRIL L MOTTAHEDEH, PEYMON MOTTAHEDEH, and DOES 1-5, <br><br>19          Defendants. | Case No.  UDVS1300437 <br><br> **VERIFIED COMPLAINT FOR UNLAWFUL DETAINER** <br><br> ACTION BASED ON CCP § 1161a <br><br> AMOUNT DEMANDED DOES NOT EXCEED $10,000 |

21          Plaintiff alleges:

22          1.      Plaintiff is, and was at all times mentioned herein, qualified to do business

23  in California or exempt from qualification under California Corporations Code Section 191(d).

24          2.      The real property, possession of which is sought in this action, is situated in

25  San Bernardino County, California, in the above-named judicial district, and is commonly described

26  as: 14266 City View Court, Victorville, California 92395,   Assessor's Parcel Number

27  0477-233-21-0-000 (the "Property").

28          3.      The true names and capacities of Does 1 through 5, inclusive, are presently

                                       1
         VERIFIED COMPLAINT FOR UNLAWFUL DETAINER

1  unknown to Plaintiff, who therefore sues such Defendants under such fictitious names pursuant to

2  Section 474 of the California Code of Civil Procedure. Plaintiff is informed and believes, and on

3  such information and belief alleges, that each such "Doe" Defendant is in possession of the Property,

4  without the permission or consent of Plaintiff, and Plaintiff will amend this complaint to state the

5  true names and capacities of said Defendants when the same have been ascertained.

6          4.      On October 9, 2012, the Property was sold to Plaintiff in accordance with

7  Civil Code Sections 2923.5 and 2924 *et seq.* under a power of sale contained in a Deed of Trust

8  dated on or about May 6, 2006, executed by APRIL L MOTTAHEDEH, a married woman as her

9  sole and separate property, as trustor(s). Plaintiff's title pursuant to the sale has been duly perfected

10 and a Trustee's Deed conveying title to Plaintiff has been duly recorded in the county where the

11 Property is situated. A true and correct copy of said Trustee's Deed is attached hereto, marked as

12 Exhibit "A", and incorporated herein by this reference.

13         5.      Plaintiff is the owner of, and entitled to immediate possession of the Property.

14         6.      On November 6, 2012, in the manner provided by law, Plaintiff caused to be

15 served on Defendant(s) a written notice requiring Defendants to vacate and deliver up possession

16 of the Property to Plaintiff within 90 days after service of said notice. A copy of said Notice is

17 attached hereto, marked as Exhibit "B", and made a part hereof. The Notice was served in the

18 manner provided by law and as more particularly described in the attached Proof of Service, marked

19 as Exhibit "C", which is incorporated herein by this reference.

20         7.      More than 90 days have elapsed since the service of said Notice, but

21 Defendants have failed and refused to deliver up possession of the Property.

22         8.      Defendants continue in possession of the Property without Plaintiff's

23 permission or consent.

24         9.      The reasonable value for the use and occupancy of the Property is the sum of

25 $30.00 per day, and damages to Plaintiff caused by Defendants' unlawful detention thereof have

26 accrued at said rate since February 5, 2013, and will continue to accrue at said rate so long as

27 Defendants remain in possession of the Property.

28         10.     Pursuant to California Evidence Code Section 453, Plaintiff states that at the

2

**VERIFIED COMPLAINT FOR UNLAWFUL DETAINER**

1   time of trial it will request judicial notice be taken of certified copy of the recorded document

2   referred to in paragraph 4 hereof and all proofs of service then on file herein.

3         WHEREFORE, Plaintiff prays judgment against Defendants as follows:

4       1.    For restitution and possession of the Property;

5       2.    For damages in the amount of $30.00 per day from February 5, 2013, and for

6           each day that Defendants continue in possession of the Property through the

7           date of entry of judgment; and

8       3.    For costs and for such other and further relief as the court may deem just and

9           proper.

10

11             **TFLG, A Law Corporation**

12

13   Dated: February 7, 2013

          By: _____

14             Sean H. Bedrosian
          Attorney for Plaintiff

15             THE BANK OF NEW YORK MELLON
          FKA THE BANK OF NEW YORK, AS

16             TRUSTEE FOR THE
          CERTIFICATEHOLDERS OF THE

17             CWABS INC., ASSET-BACKED
          CERTIFICATES, SERIES 2006-10

18

19

20

21

22

23

24

25

26

27

28

**VERIFIED COMPLAINT FOR UNLAWFUL DETAINER**

1      **VERIFICATION**

2          I, the undersigned, declare:

3          I have read the foregoing Verified Complaint For Unlawful Detainer and know its contents.

4          I am the attorney or one of the attorneys for THE BANK OF NEW YORK MELLON FKA

5   THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE

6   CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-10,  a party to this action. Such

7   is absent from the county where I or such attorneys have their offices. For that reason, I am making

8   this verification for and on behalf of that party. I am informed and believe and on that basis allege

9   that the matters stated in said document are true and correct.

10          I declare under penalty of perjury under the laws of the State of California that the foregoing

11   is true and correct.

12          Executed this 7th day of February, 2013, at Davis, California.

13

14

15                                            By: _____

16                                            Sean H. Bedrosian,  Attorney at Law

17

18

19

20

21

22

23

24

25

26

27

28

                                            4
**VERIFIED COMPLAINT FOR UNLAWFUL DETAINER**

RECORDING REQUESTED B :
RECONTRUST COMPANY, N.A.
AND WHEN RECORDED MAIL TO:
RECONTRUST COMPANY, N.A.
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

Forward Tax Statements to Address listed above

Recorded in Official Re    ., County of San Bernardino

**DENNIS DRAEGER**
ASSESSOR – RECORDER – CLERK

771 Document Processing Solutions

Doc#:  2012-0434417

10/19/2012
8:00 AM
NC

| | | |
|---|---|---|
| Titles: | 1 | Pages:  3 |
| Fees | | 21.00 |
| Taxes | | 0.00 |
| Other | | 0.00 |
| PAID | | $21.00 |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS No. 11-0117001
Title Order No. 11-0098380

## TRUSTEE'S DEED UPON SALE

APN#    0477-233-21-0-000          TRANSFER TAX: $

The Grantee herein  was the beneficiary
The amount of the unpaid debt was $ 214,376.02
The amount paid by the Grantee was $ 212,413.51
The property is in the city of VICTORVILLE, County of SAN BERNARDINO

RECONTRUST COMPANY, N.A., as the duly appointed Trustee (or successor Trustee or substituted
Trustee), under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without
covenant or warranty to:

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR
THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
2006-10

herein called Grantee, the following described real property situated in SAN BERNARDINO County,
California:

SEE ATTACHED LEGAL DESCRIPTION

This conveyance is made pursuant to the powers conferred upon Trustee by the Deed of Trust executed by
APRIL L MOTTAHEDEH, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY, as
Trustor, recorded on 05/16/2006, Instrument Number 2006-0332838 ( or Book , Page ) Official Records
in the Office of the County Recorder of SAN BERNARDINO County.

All requirements of law regarding the recording and mailing of copies of the Notice of Default and
Election to Sell, and the recording, mailing, posting, and publication of the Notice of Trustee's Sale have
been complied with.

Mail Tax Statements to
Return Address Above

Page 1 of 2                    Form trsteedeed_2012.1.0_01/2012



TS No.  11-0117001

Title Order No.  11-0098380

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real property at public auction on 10/09/2012.  Grantee, being highest bidder at said sale became the purchaser of said property for the amount bid, which amount was $ 212,413.51.

DATE:  OCT 1 2 2012 _____

RECONTRUST COMPANY, N.A.

BY: _____ OCT 1 2 2012

Georgia Hernandez, Asst Vice President

State of California

County of _____VENTURA_____ )

On _OCT 1 2 2012_____ before me, _C.M. FRAZIER, NOTARY PUBLIC_____ (insert name and title of the officer) personally appeared _____Georgia Hernandez_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature_____ (Seal)

C. M. FRAZIER

C. M. FRAZIER
Commission # 1840019
Notary Public - California
Los Angeles County
My Comm. Expires Mar 9, 2013

*Form trsteedeed_2012.1.0_01/2012*

CLTA Guarantee Form No. 22 (Revised 09-12-08)

REF. NO. 2011-117001                              LEGAL DESCRIPTION

THE LAND REFERRED TO IN THIS POLICY IS SITUATED IN THE COUNTY OF SAN
BERNARDINO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

A PORTION OF THE SOUTH ONE-HALF OF THE NORTHEAST ONE-QUARTER OF
SECTION 21, TOWNSHIP 5 NORTH, RANGE 4 WEST, SAN BERNARDINO MERIDIAN,
IN THE CITY OF VICTORVILLE, COUNTY OF SAN BERNARDINO, STATE OF
CALIFORNIA, DESCRIBED AS FOLLOWS:

COMMENCING ON THE WEST LINE OF SAID SOUTH ONE-HALF OF THE NORTHEAST
ONE QUARTER; THENCE SOUTH 0° 37' 210 FEET FROM THE NORTHWEST CORNER
THEREOF; THENCE NORTH 89° 32' 30" EAST 1265.34 FEET TO THE TRUE POINT OF
BEGINNING; THENCE CONTINUING NORTH 89° 32' 30" EAST 200 FEET; THENCE
SOUTH 0° 27' 30" EAST 60 FEET; THENCE SOUTH 89° 32' 30" WEST 200 FEET;
THENCE NORTH 0° 27' 30" WEST 60 FEET TO THE TRUE POINT OF BEGINNING.

## NOTICE TO ANY RENTERS LIVING AT
## [CCP § 1161c(b)]


## 14266  CITY VIEW COURT, VICTORVILLE, CA 92395


The attached notice means that your home was recently sold in foreclosure and the new owner seeks to obtain possession of the property by filing an unlawful detainer action in order to lawfully evict you from the premises.

In order to understand your rights you should contact an attorney IMMEDIATELY. Please be advised that you may receive court papers in a few days.  If your name is on the papers it may hurt your credit if you do not respond and/or voluntarily vacate the property.

If you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have.  In some cases, you can respond without hurting your credit.  Again please consult an attorney about these issues.

Please be advised, you may have the right to stay in your home for 60 or 90 days, or longer, regardless of any deadlines stated on any attached papers.  In some cases, and in some cities with a "just cause for eviction law," you may not have to move at all.  But you must take the proper legal steps in order to protect your rights.


## HOW TO GET LEGAL HELP


If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program.  You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association

# Exhibit B

## NOTICE TO OCCUPANT(S) TO VACATE PREMISES

### Located At:

### 14266 CITY VIEW COURT
### VICTORVILLE, CA 92395

### TO APRIL L MOTTAHEDEH, AND ALL PERSONS WHO ARE IN THE POSSESSION OF AND OCCUPY THE REAL PROPERTY AT THE ABOVE ADDRESS:

**YOU ARE HEREBY NOTIFIED** that your right to occupy the real property at the above address has been terminated as the result of the sale of said property by the Trustee under a power of sale contained in a Deed of Trust which appeared of record against said property.

You are required to quit and deliver up possession of the above real property to the undersigned, as agent for the owner, within the notice period specified below. In the event you fail to do so you will be deemed to be unlawfully detaining the premises, which will result in commencement of court proceedings against you by the owner to recover possession of the premises, together with court costs and the reasonable rental value of the property for each day of your continued occupancy thereof.

### NOTICE

To avoid a lawsuit and the associated expense, it is necessary for you to vacate the above property within THREE (3) Days after service upon you of this Notice, unless (1) you obtained possession of the property as a "tenant or subtenant" under a "lease or rental agreement" as those terms are used in California Code of Civil Procedure section 1161b, in which event it will be necessary for you to vacate the premises within SIXTY (60) DAYS after service upon you of this Notice; or (2) you obtained possession of the property as a "bona fide tenant" under a "bona fide lease" as those terms are used in the Protecting Tenants at Foreclosure Act of 2009 (PTFA), in which event it will be necessary for you to vacate the premises within NINETY (90) days after service upon you of this Notice; however, in order to further assess your rights under the PTFA, please provide a copy of your bona fide lease and/or other proof of bona fide tenancy within 10 CALENDAR DAYS; or (3) you obtained possession of the property as a Section 8 tenant, in which event it will be necessary for you to vacate the premises within NINETY (90) days after service upon you of this Notice. Please provide our office with a copy of your lease or proof of tenancy.

If you are presently on active duty in any branch of the United States Armed Forces or if you are a dependent of an individual who is on active duty in any branch of the United States Armed Forces, please contact our office immediately at the number provided below and be prepared to provide credible proof of active military status. You may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-596).

You must contact the undersigned by telephone within **72 HOURS** in the event you occupy the property as a tenant or subtenant, and be able to provide proof of tenancy or subtenancy.

This Notice is authorized pursuant to the provisions of SECTION 1161a(b)(3) of the California Code of Civil Procedure.

DATED: 11/2/2012

Authorized Agent For Owner:
TFLG

By: _Viana Bal_
Viana G. Barbu, Esq.
Attorney at Law
(530) 601-5166

CaseID 132748

PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:
**Notice to Occupant(s) to Vacate Premises; Notice to Any Renters Pursuant to Ccp1161c(b)**

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME:       APRIL L MOTTAHEDEH
ADDRESS:    14266 CITY VIEW COURT, VICTORVILLE, CA 92395

[ X ]  1. PERSONAL SERVICE          By delivering a copy of the Notice(s) to each of the above personally:
                                    (1) on:   **11/6/2012**
                                    (2) at:    **8:41 AM**

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

**Person who served papers**
a. Name:                    **Alan Ziegenbein**
b. Address:                 **3600 Lime St., Suite #214, Riverside, CA 92501**
c. Telephone number:        **951-682-0365**
d. The fee for service was:  **$89.50**
e. I am:
   (1) [   ]  not a registered California process server.
   (2) [   ]  exempt from registration under Business and Professions Code section 22350(b).
   (3) [ X ]  registered California process server:

           (i) [   ] owner  [   ] employee  [ X ] independent contractor   For:   **ABC Legal Services, Inc.**
           (ii) [ X ] Registration No.:   **1409**                 Registration #: **6779**
           (iii) [ X ] County:            **SAN BERNARDINO**        County:   **Los Angeles**

[ X ]  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
      or
[   ]  **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date:  **11/7/2012**


_____              _____
        **Alan Ziegenbein**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)

BY FAX

_____

PROOF OF SERVICE                                                  Page 1 of 1

                                                    Order No. 7685045 SEA FIL

# Exhibit C

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:

**Notice to Occupant(s) to Vacate Premises; Notice to Any Renters Pursuant to Ccp1161c(b)**

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME:        **ALL PERSONS IN POSSESSION, C/O APRIL L MOTTAHEDEH**
ADDRESS:    **14266 CITY VIEW COURT, VICTORVILLE, CA 92395**

[   ] 1. PERSONAL SERVICE              By delivering a copy of the Notice(s) to each of the above personally:
                                                        (1) on:
                                                        (2) at:

[ X ] 2. CONSTRUCTIVE SERVICE      After attempting to personally serve said Notice(s) on each of the above named
                                                        parties on **11/6/2012 at 8:41 AM**, and having been unable, by service as
                                                        authorized by C.C.P. Section 1162 (a)(2,3) in the manner set forth below:.

[ X ]  By leaving a copy for each of the above named parties on **11/6/2012 at 8:41 AM** with **APRIL L MOTTAHEDEH, A black-haired Middle Eastern female approx. 45-55 years of age, 5'4"-5'8" tall and weighing 120-160 lbs.**,

[ X ]  By posting a copy for each of the above named parties on **11/6/2012 at 8:41 AM** in a conspicuous place on the property;

[ X ]  and thereafter mailing a copy to each said party by depositing said copies in the United States mail on (date): **November 6th, 2012**, from (city): **VICTORVILLE, CA**, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated or,

[   ]  a declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

**Person who served papers**
a. Name:                          **Alan Ziegenbein**
b. Address:                     **3600 Lime St., Suite #214, Riverside, CA 92501**
c. Telephone number:     **951-682-0365**
d. The fee for service was:    $
e. I am:
   (1) [   ]  not a registered California process server.
   (2) [   ]  exempt from registration under Business and Professions Code section 22350(b).
   (3) [ X ]  registered California process server:

         (i) [   ] owner  [   ] employee  [ X ] independent contractor      For:      **ABC Legal Services, Inc.**
         (ii) [ X ] Registration No.:          **1409**                              Registration #: **6779**
         (iii) [ X ] County:                    **SAN BERNARDINO**              County:     **Los Angeles**

BY FAX

[ X ]  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
[   ]  **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date:  **11/7/2012**

_____
        **Alan Ziegenbein**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
                    (SIGNATURE)

## PROOF OF SERVICE

Page 1 of 1

Order No. 7685045 SEA FIL

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
VICTORVILLE DISTRICT
14455 Civic, Drive
Civil:Ste100 Crim/Traf:Ste200
Victorville, CA 92392

THE BK OF NEW YORK VS MOTTAHEDEH
www.sb-court.org                    Case No. UDVS1300437
            *** NOTICE OF STATUS CONFERENCE ***
          ***NOTICE OF CASE ASSIGNMENT FOR ALL PURPOSES***
TFLG, A LAW CORPORATION
202 COUSTEAU PLACE  SUITE 260
DAVIS CA 95618


HEARING DATE: 03/20/13
TIME:         8:30
DEPT:         V15

THIS CASE IS ASSIGNED TO ROBERT G FOWLER IN DEPARTMENT V15.
PLAINTIFF: THE BANK OF NEW YORK MELLON
DEFENDANT: APRIL L MOTTAHEDEH
PROPERTY ADDRESS: 14266 CITY VIEW COURT VICTORVILLE CA 92395
=====================================================================
Notice is hereby given to the plaintiff that the above-entitled case
has been set for a Status Conference in order to ensure compliance
with time standards established by the California Judicial Council to
disposition cases within 45 days from the filing of the complaint,
whenever possible.

The plaintiff should advise the court of the reasons, if any, that
there is no disposition on this case.  The court may then issue all
appropriate orders designed to meet the Judicial Council standards.

Appearance at the Status Conference is MANDATORY unless one of the
following is accomplished FIVE COURT DAYS PRIOR to the date and time
of the hearing:
        1.  A Request for Setting / Memorandum to Set Trial is Filed
        2.  A judgment (Stipulated or Default) is entered; OR
        3.  A dismissal of the entire case is filed.
FAILURE TO APPEAR OR TAKE ONE OF THE STEPS LISTED ABOVE MAY RESULT IN
THE DISMISSAL OF THE CASE.

The advance jury fees of $150 per party is NON-REFUNDABLE and must be
deposited at least five days before the trial date. PLEASE NOTE: This
is in addition to actual daily fees and mileage for each juror that
must be paid.
            CERTIFICATE OF SERVICE BY MAIL BY CLERK
I certify that I am not a party to this cause; that I served a copy of
this notice on the date shown below upon the person(s) shown hereon by
depositing a true copy thereof in separate sealed envelopes with the
postage thereon fully prepaid, in the United States  mail at
Victorville.
Executed at the above named district on 02/11/13
                    By:  FELICIA CONKLIN
                    _____
                            Deputy Clerk

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

TFLG A LAW CORPORATION
ERIC G. FERNANDEZ, ESQ. (SBN: 269684)
SEAN H. BEDROSIAN (SBN: 265066)
202 COUSTEAU PLACE, SUITE 260
DAVIS, CA 95618
TELEPHONE NO: (530)750-3700    FAX NO: (530)750-3344

ATTORNEY FOR (Name):
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 14455 CIVIC DRIVE, SUITE 100
MAILING ADDRESS: SAME
CITY AND ZIP CODE: VICTORVILLE, CA 92392
BRANCH NAME: VICTORVILLE DISTRICT    LIMITED CIVIL CASE

FILED
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
VICTORVILLE DISTRICT

FEB 11 2013

FELICIA CONKLIN, DEPUTY

CASE NAME:
SEE ATTACHMENT

CASE NUMBER: UDVS1300437

| CIVIL CASE COVER SHEET | | Complex Case Designation | | |
|---|---|---|---|---|
| [ ] Unlimited (Amount demanded exceeds $25,000) | [X] Limited (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder | JUDGE: | |
| | | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | DEPT: | |

*Items 1–6 below must be completed (see instructions on page 2).*

**1. Check one box below for the case type that best describes this case:**

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403) |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | [ ] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [ ] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Fraud (16) | [X] Residential (32) | [ ] Other complaint (not specified above) (42) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Other petition (not specified above) (43) |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties     d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel     e. [ ] Coordination with related actions pending in one or more courts
        issues that will be time-consuming to resolve                  in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence     f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary b. [X] nonmonetary; declaratory or injunctive relief c. [ ] punitive

4. Number of causes of action (specify): ONE

5. This case [ ] is  [X] is not  a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: FEBRUARY 7, 2013

SEAN H. BEDROSIAN
_____
(TYPE OR PRINT NAME)                                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007] | CIVIL CASE COVER SHEET | Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 |
|---|---|---|

Legal Solutions Plus

(RC 2005)

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**                    CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)—Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice– Physicians & Surgeons
    Other Professional Health Care Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach—Seller Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
    Collection Case—Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award *(not unpaid taxes)*
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint Case *(non-tort/non-complex)*
    Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief from Late Claim
    Other Civil Petition

CM-010 [Rev. July 1, 2007]                    **CIVIL CASE COVER SHEET**                    Page 2 of 2

MC-025

| SHORT TITLE: THE BANK OF NEW YORK v. MOTTAHEDEH | CASE NUMBER: |
|---|---|

**ATTACHMENT** (Number): _____

*(This Attachment may be used with any Judicial Council form.)*

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-10
v. APRIL L. MOTTAHEDEH, PEYMON MOTTAHEDEH, and DOES 1-5

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page _____ of _____

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

Legal
Solutions
& Plus

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Jesus Bernal and the assigned discovery Magistrate Judge is Oswald Parada.

The case number on all documents filed with the Court should read as follows:

## EDCV13- 356 JGB (OPx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

The Bank of New York Mellon FKA The Bank of New York, As Trustee for the Certificate Holders of the CWABS INC., Asset Backed Certificates, Series 2006-10,

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

April L Mottahedeh, Peymon Mottahedeh, and Does 1-5;

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)   April Mottahedeh

9582 Buttemere Rd
Phelan, CA 92371
760 868 5834

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☑ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☐ 1. Original Proceeding
- ☑ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT: $** 500,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. § 1332   Foreclosure of real property

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☑ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number:

JGB   (OPx)

ED CV 13 - 00356

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

FEB 26 2013

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☐ NO ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ NO ☑ YES

If yes, list case number(s): 5:12-CV-00165-VAP-OP

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☑ A. Arise from the same or closely related transactions, happenings, or events; or

☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Ventura county for ReCon Trust Co., N.A. Bank of America, N.A. and Bank of America, Home Loan Servicing, LP ; Texas for ReCon Trust Co., N.A. New York for Bank of New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino, | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _(signature)_ DATE: 2-26-13

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |