April Mottahedeh and Peymon Mottahedeh, Pro Per
9582 Buttemere Road
Phelan, CA 92371
aprilmottahedeh@gmail.com
(760)868-5834
815-346-2637-FAX

FILED

2013 APR 25  PM 1: 47

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### --WESTERN DIVISION--

| | | |
|---|---|---|
| Bank of New York Mellon, | ) | Case No. EDCV 13-356 PSG (OPx) |
| | ) | |
| Plaintiff, | ) | Hon. Philip S. Gutierrez |
| | ) | |
| vs | ) | **MOTION TO ALTER OR AMEND THE** |
| | ) | **MARCH 28, 2013 ORDER OF THE COURT** |
| April Mottahedeh and | ) | **TO HAVE THIS CASE REMANDED BACK** |
| Peymon Mottahedeh, | ) | **TO STATE COURT** |
| Defendants, | ) | Hearing Date: June 17, 2013 |
| | ) | Time: 1:30 PM |
| | ) | Courtroom: 880 |
| | ) | |

June 17, 2013 at 1:30pm

April Mottahedeh and Peymon Mottahedeh (hereinafter "DEFENDANTS"), pursuant to Federal

Rules of Civil Procedure (hereinafter FRCP) § 59(e), respectfully request altering or amending the

order (hereafter, "ORDER") filed on 3/28/2013, by having the Court order that it does have and will

retain jurisdiction over this case.

///

## BACKGROUND OF THE CASE

1.     On February 11, 2013, The Bank of New York Mellon (hereinafter "Plaintiff"), filed a Verified Complaint for Unlawful Detainer in the California Superior Court of San Bernardino County, Victorville District, styled Bank of New York Mellon v. April Mottahedeh, Case No. UDVS1300437 (the "State Court Action") (See Exhibit "A" - copy of the Complaint, with exhibits).

2.     Defendants were served with the Compliant on February 18, 2013.

3.     The Complaint purports to assert that the property located at 14266 City View Court, Victorville, California 92395, Assessor's Parcel Number 0477-233-21-0-000 (hereafter, "PROPERTY") was sold to the Plaintiff on October 9, 2012, at a trustee sale.

4.     The relief that the Plaintiff seeks is: (1) restitution and possession of the PROPERTY, (2) damages in the amount of $30.00 per day from February 5, 2013, and for each day that Defendants continue in possession of the PROPERTY through the date of entry of judgment; and (3) costs and such other and further relief as the Court may deem just and proper.

5.     This Court has jurisdiction over this matter under 28 U.S.C. § 1367, on the grounds that there is currently a case based upon the facts of this complaint on file and pending in this Court styled as April Mottahedeh v. Bank of America Home Loans et.al. Case No.5:12-cv-00165-VAP-OP since February 3, 2012, (hereafter, "RELATED CASE") over who may be the current note owner of a promissory note filed signed by April Mottahedeh (hereinafter APRIL) (even, assuming arguendo that a valid deed of trust exists, which DEFENDANTS contend does not exist) that they have the right to foreclose and takeover the PROPERTY and have the right to evict DEFENDANTS or any other tenants of the PROPERTY from the PROPERTY.

1       6.     On January 31, 2013, the Court issued an Order Granting a Motion to Dismiss

2  RELATED CASE.

3       7.     On February 25, 2013, Defendant filed a Motion to Amended or Alter a Judgment based

4  on the Court Order of January 31, 2013, for Case No.5:12-cv-00165-VAP-OP. This motion is pending

5  before the Court.

6       8.     This Court on March 28, 2013, on its own motion ordered this case to be remanded back

7  to state Court. The Court remanded this case by stating that, "*A related, pending case is not sufficient*

8  *grounds for removal*" and "*The Court must have original jurisdiction over at least one cause of action*

9  *in the present case before being able to exercise supplemental jurisdiction*" and that "*there is no*

10 *diversity of jurisdiction in this matter. For a federal court to exercise diversity jurisdiction, there must*

11 *be "complete" diversity between the parties and the $75,000 amount in controversy requirement must*

12 *be met.*"

13

## MEMORANDUM OF LAW

15      DEFENDANTS hereby ask the Court to take judicial notice of the First Amended Complaint of

16 defendant APRIL and APRIL's February 26, 2012, MOTION TO ALTER OR AMEND

17 JUDGEMENT of the RELATED CASE, in which APRIL is the Plaintiff and its contents and attached

18 documents, which fully support this motion. The number of exhibits in this matches the numbering of

19 APRIL's February 26, 2012, MOTION TO ALTER OR AMEND JUDGEMENT of the RELATED

20 CASE, in which APRIL is the Plaintiff to minimize confusion for this Court or any other court that

21 may consider and rule on these papers and exhibits.

22      A close reading of the facts of this case and the facts and parties of this case and the RELATED

23 CASE reveal that this case is more than merely "related," since the RELATED CASE is litigating the

1 **key issue** that this action will have to decide; namely if Bank of New York Mellon (hereafter,

2 "BONY") was or was not the beneficiary of a valid Deed of Trust that Plaintiff April Mottahedeh

3 created and signed onto, that "bid" and "paid" "$212,413.51" to RECONTRUST as alleged in the false

4 and fraudulent TRUSTEE'S DEED UPON SALE that was filed on <u>October 19, 2012</u>, at the San

5 Bernardino County Recorder's Office (hereafter, "RECORDER'S OFFICE"). (See Exhibit "B" -

6 **Exhibit #20 of Declaration of April Mottahedeh In Support of Plaintiff's Motion to Alter or**

7 **Amended the judgment)**.

8 Not only DEFENDANTS assert that BONY was not the beneficiary of a valid Deed of Trust

9 that Plaintiff April Mottahedeh created and signed on; DEFENDANTS further allege that BONY did

10 NOT "bid" and "pay" "$212,413.51" to RECONTRUST as alleged in the false and fraudulent

11 TRUSTEE'S DEED UPON SALE that was filed on <u>October 19, 2012</u>, at the RECORDER'S OFFICE.

12 More notably, a close associate of BONY, Bank of America, N.A., (hereafter, "BOFA") who in

13 the RELATED CASE is a co-defendant along with BONY and is represented by the same counsel as

14 BONY, has field with the Internal Revenue Service (hereafter, "IRS") and mailed Defendant APRIL,

15 an IRS form 1099 (hereafter, "BOFA 1099") under penalty of perjury provision of <u>26 U.S.C. § 6065</u>,

16 which claims that BANK OF AMERICA, not BONY, is the beneficiary of the alleged Deed of Trust.

17 In other words, in the BOFA 1099, BOFA has under a federal penalty of perjury law stated that

18 BANK OF AMERICA, not BONY was the beneficiary owner of the promissory note signed by APRIL

19 who "forgave" the loan amount that was allegedly not paid by APRIL, for which the PROPERTY was

20 foreclosed and the pending unlawful detainer is about. (See Exhibit "B" - **Exhibit #21 of Declaration**

21 **of April Mottahedeh In Support of Plaintiff's Motion to Alter or Amended the judgment)**.

1.   ' If BOFA's statement under oath is true, then BONY was never the beneficiary of the alleged

2    Deed of Trust and did not bid and pay "$212,413.51" for APRIL's PROPERTY to RECONTRUST.

3    Therefore, BONY has no standing to conduct an unlawful detainer action against DEFENDANTS.

4         In addition, BOFA 1099 under federal penalty of perjury asserts that the "fair market value of

5    property" is "$45,950.00." A printout of the tax assessment valuation of the PROPERTY from the

6    website of the San Bernardino County Assessor's Office (hereafter, "ASSESSOR") on February 24,

7    2013, shows the market value of the PROPERTY to be $46,800 from 2010 until the present time (See

8    Declaration of April Mottahedeh for proper authentication of these exhibits) (See Exhibit "B" - **Exhibit**

9    **#22 of Declaration of April Mottahedeh In Support of Plaintiff's Motion to Alter or Amended the**

0    **judgment)**.

1         **Why** would BONY, a sophisticated multi-billion dollar investor bid and **pay over**

2    **$200,000** for a property that is allegedly **worth under $50,000?** Doing so does not make any economic

3    sense and reeks of fraud by BONY against APRIL.

4         In short, this case is more than merely "related" as the Court erroneously concluded in its

5    ORDER, since the **key issue of this case behind causes of action of both cases is the same,** namely:

6    what standing does BONY have to foreclose, buy, sell the PROPERTY and to have the legal power to

7    initiate unlawful detainer action against DEFENDANTS or any other tenant of the PROPERTY.

8    **Therefore, this Court does have jurisdiction over the present case.**

9         In this case a "complete diversity between the parties" does exist, since Bony, according to its

0    own website at http://www.bnymellon.com/about/companyprofile.html, which the Court may take

1    judicial notice of, is headquartered in New York State. The PROPERTY is located in this district and

2    APRIL is a resident of Florida and Peymon Mottahedeh (hereafter, "PEYMON") is a California

3    resident.

1       Although the unlawful detainer action controversy is under $75,000, the controversy of the

2   RELATED CASE for quiet title and damages is over $75,000. Therefore, this case does meet the over

3   $75,000 amount of controversy requirement to have a complete diversity between the parties.

4   Therefore, diversity jurisdiction does exist in this case.

5       APRIL within the next 2 weeks will file a second amended complaint along with a motion for

6   leave to file a second amended motion, in the RELATED CASE which will fully allege the facts

7   outlined in this MOTION and DEFENDANTS February 26, 2012, MOTION TO ALTER OR AMEND

8   JUDGEMENT of the RELATED CASE, in which APRIL is the Plaintiff.

9       Concurrently APRIL, will also file a motion with this Court to have this case merged with the

10  REALTED CASE.

11      The Court on page 2 of its March 1, 2013, STANDING ORDER REGARDING NEWLY

12  ASSIGNED CASES (hereafter, "STANDING ORDER") under the heading of "removed actions"

13  explicitly ordered that "*parties utilizing the form pleading must file an appropriate pleading with this

14  Court within thirty (30) days of the Notice of Removal...[which] must comply with requirements of

15  Fed. R. Civ. P.7, 7.1, 8, 9, 10 and 11.*" [Emphasis added].

16      This removal from state Court was filed with this Court on February 26, 2012. DEFENDANTS

17  assumed that the Court was going to order the Plaintiff BONY, to file an appropriate pleading on

18  March 28, 2012, since after 30 days (on March 28, 2013), BONY had not filed an appropriate pleading

19  under the FRCP.

20      To the DEFENDANTS surprise, the Court instead of enforcing its STANDING ORDER,

21  ignored the STANDING ORDER and instead, on its own motion, without providing DEFENDANTS

22  any opportunity for briefing (other than this motion to vacate) without any kind of a hearing, ordered

23  this case remanded back to state Court.

1   DEFENDANTS at this point wonder whether and how this Court intends to have BONY

2   comply with this Court's <u>March 1, 2013,</u> STANDING ORDER REGARDING NEWLY ASSIGNED

3   CASES under the heading of "removed actions" which explicitly ordered that parties utilizing the form

4   pleading, such as BONY has done in this case, to file an appropriate pleading with this Court within

5   thirty (30) days of the Notice of Removal which must comply with requirements of FRCP. 7, 7.1, 8, 9,

6   10 and 11.

7   After all, the rules are intended to apply equally, with equal force to all parties, whether they are

8   Pro Per individuals, as defendants are, or multi-billion dollar banks with teams of attorneys at their

9   beck and call, such as BONY.

10

11   **<u>CONCLUSION</u>**

12   Wherefore, based on the above facts and legal analysis, DEFENDANTS respectfully request

13   from the Court to vacate its <u>March 28, 2013,</u> ORDER remanding this case to state court and instead

14   entering an order that this Court does have and will maintain jurisdiction over the instant case.

15   Moreover, if the Court were to on its own motion (which this Court seems willing to do) have

16   this case merged or transferred to the RELATED CASE, it would be an exercise of judicial economy,

17   by saving the parties and Court the need to file, oppose and decide an appropriate motion for such

18   transfer and merger of this case with the RELATED CASE. In such a case, BONY will be required to

19   have appropriate no-form pleadings filed with the RELATED COURT or have its unlawful detainer

20   cause of action dismissed for  failure of BONY to follow the applicable FRCP and the Court's standing

21   order.

22   Date: April 25, 2013

23                          April Mottahedeh, Pro Se          Peymon Mottahedeh, Pro Se
24                          9582 Buttemere Road                9582 Buttemere Road
25                          Phelan, CA 92371                   Phelan, CA 92371

## PROOF OF SERVICE BY MAIL

I, Amy Austin, hereby certify that I placed a copy of:

**MOTION TO ALTER OR AMEND THE MARCH 28, 2013 ORDER OF THE COURT**

**TO HAVE THIS CASE REMANDED BACK TO STATE COURT.**

In the case of: Bank of New York Mellon v. April Mottahedeh and Peymon Mottahedeh, Case

No. EDCV 13-356 PSG (OPx)

In an envelope, sealed said envelope and placed sufficient First Class postage on said envelope

and addressed it to:

1)   Attorney David Joerger, Bryan Cave LLP, attorneys for:

Bank of America Home Loans Servicing LP, Bank of America, N.A., RECONTRUST

COMPANY, Bank of New York, Esther Gray, Sheryl Dela Cruz, Mortgage Electronic

Registration Systems,

3161 Michelson Dr. Suite 1500 Irvine, CA 92612

2)   San Bernardino County Superior Court, Victorville District

14455 Civic Drive, Suite 100, Victorville, CA 92392

3) Jose and Norma Sandoval 721 Los Lomas, LaHabra, CA 90631.

I delivered said envelope to the care of United States Postal Service in Phelan, California on the

date listed below.

Date: April 25, 2013

Amy Austin
9582 Buttemere Rd.
Phelan, CA 92371

Page **8** of **8**

# EXHIBIT

# A

SUM-130

# SUMMONS
## (CITATION JUDICIAL)
### UNLAWFUL DETAINER – EVICTION
*(RETENCIÓN ILÍCITA DE UN INMUEBLE – DESALOJO)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
APRIL L MOTTAHEDEH, PEYMON MOTTAHEDEH, and DOES 1-5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SEE ATTACHMENT

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
VICTORVILLE DISTRICT

FEB 1 1 2013

By Felicia Conklin
FELICIA CONKLIN, DEPUTY

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org) en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
   14455 CIVIC DRIVE, SUITE 100
   VICTORVILLE, CA 92392
   VICTORVILLE DISTRICT   LIMITED CIVIL CASE

CASE NUMBER:
(Número del caso):
CIVVS1300437

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   TFLG A LAW CORPORATION                    (530) 750-3700
   ERIC G. FERNANDEZ (SBN: 269684)
   SEAN H. BEDROSIAN (SBN: 265066)
   202 COUSTEAU PLACE, SUITE 260, DAVIS, CALIFORNIA 95618

3. *(Must be Answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§6400-6415) ☒ did not ☐ did
   for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date:   FEB 1 1 2013                    Clerk, by   FELICIA CONKLIN                    , Deputy
*(Fecha)*                              *(Secretario)*                                 *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)*

[SEAL]

4. NOTICE TO THE PERSON SERVED: You are served
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as an occupant
   d. ☐ on behalf of *(specify):*
      under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
             ☐ CCP 416.46 (occupant)             ☐ other *(specify):*
5. ☐ by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

SUMMONS—UNLAWFUL DETAINER–EVICTION

Code of Civil Procedure, §§ 412.20,41
6.456.1 167
www.courtinfo.ca.gov

SUM-130

| PLAINTIFF: SEE ATTACHMENT | CASE NUMBER: |
|---|---|
| DEFENDANT: APRIL L MOTTAHEDEH, PEYMON MOTTAHEDEH, and DOES 1-5 | |

6.  **Unlawful detainer assistant** *(complete if plaintiff as received any help or advice for pay from an unlawful detainer assistant):*

a.  Assistant's name:

b.  Telephone no.:

c.  Street address, city, and zip:

d.  County of registration:

e.  Registration no.:

f.  Registration expires on *(date):*

SUM-200(A)

| SHORT TITLE:   THE BANK OF NEW YORK, v. MOTTAHEDEH | CASE NUMBER: |
|---|---|

## INSTRUCTIONS FOR USE

→   This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

→   If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons:  "Additional Parties
      Attachment form is attached."

List additional parties (Check only one box.  Use a separate page for each type of party.):

[x] Plaintiff      [ ] Defendant      [ ] Cross-Complainant      [ ] Cross-Defendant

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-10

Page _____ of _____

Page 1 of 1

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

Legal
Solutions
& Plus

1 | TFLG A LAW CORPORATION
ERIC G. FERNANDEZ (SBN: 269684)
2 | SEAN H. BEDROSIAN (SBN: 265066)
202 COUSTEAU PLACE, SUITE 260
3 | DAVIS, CALIFORNIA 95618
TELEPHONE: (530) 750-3700
4 | FACSIMILE: (530) 750-3366

5 | Attorney for Plaintiff
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE
6 | FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED
CERTIFICATES, SERIES 2006-10

7

8                    SUPERIOR COURT OF CALIFORNIA

9                       COUNTY OF SAN BERNARDINO

10                        VICTORVILLE DISTRICT

11                         LIMITED CIVIL CASE

12 | THE BANK OF NEW YORK MELLON    )   Case No.   UDVS1300437
FKA THE BANK OF NEW YORK, AS      )
13 | TRUSTEE FOR THE                )
CERTIFICATEHOLDERS OF THE         )
14 | CWABS INC., ASSET-BACKED       )   **VERIFIED COMPLAINT FOR**
CERTIFICATES, SERIES 2006-10,     )   **UNLAWFUL DETAINER**
15 |                                )
        Plaintiff,                 )   ACTION BASED ON CCP § 1161a
16 |                               )
v.                                 )   AMOUNT DEMANDED DOES NOT
17 |                               )   EXCEED $10,000
APRIL L MOTTAHEDEH, PEYMON         )
18 | MOTTAHEDEH, and DOES 1-5,      )
                                   )
19 |        Defendants.             )
                                   )
20 |                               )

21        Plaintiff alleges:

22              1.      Plaintiff is, and was at all times mentioned herein, qualified to do business

23 | in California or exempt from qualification under California Corporations Code Section 191(d).

24              2.      The real property, possession of which is sought in this action, is situated in

25 | San Bernardino County, California, in the above-named judicial district, and is commonly described

26 | as: 14266 City View Court, Victorville, California 92395,   Assessor's Parcel Number

27 | 0477-233-21-0-000 (the "Property").

28              3.      The true names and capacities of Does 1 through 5, inclusive, are presently

                                          1

                **VERIFIED COMPLAINT FOR UNLAWFUL DETAINER**

1  unknown to Plaintiff, who therefore sues such Defendants under such fictitious names pursuant to

2  Section 474 of the California Code of Civil Procedure. Plaintiff is informed and believes, and on

3  such information and belief alleges, that each such "Doe" Defendant is in possession of the Property,

4  without the permission or consent of Plaintiff, and Plaintiff will amend this complaint to state the

5  true names and capacities of said Defendants when the same have been ascertained.

6          4.      On October 9, 2012, the Property was sold to Plaintiff in accordance with

7  Civil Code Sections 2923.5 and 2924 *et seq.* under a power of sale contained in a Deed of Trust

8  dated on or about May 6, 2006, executed by APRIL L MOTTAHEDEH, a married woman as her

9  sole and separate property, as trustor(s). Plaintiff's title pursuant to the sale has been duly perfected

10  and a Trustee's Deed conveying title to Plaintiff has been duly recorded in the county where the

11  Property is situated. A true and correct copy of said Trustee's Deed is attached hereto, marked as

12  Exhibit "A", and incorporated herein by this reference.

13          5.      Plaintiff is the owner of, and entitled to immediate possession of the Property.

14          6.      On November 6, 2012, in the manner provided by law, Plaintiff caused to be

15  served on Defendant(s) a written notice requiring Defendants to vacate and deliver up possession

16  of the Property to Plaintiff within 90 days after service of said notice. A copy of said Notice is

17  attached hereto, marked as Exhibit "B", and made a part hereof. The Notice was served in the

18  manner provided by law and as more particularly described in the attached Proof of Service, marked

19  as Exhibit "C", which is incorporated herein by this reference.

20          7.      More than 90 days have elapsed since the service of said Notice, but

21  Defendants have failed and refused to deliver up possession of the Property.

22          8.      Defendants continue in possession of the Property without Plaintiff's

23  permission or consent.

24          9.      The reasonable value for the use and occupancy of the Property is the sum of

25  $30.00 per day, and damages to Plaintiff caused by Defendants' unlawful detention thereof have

26  accrued at said rate since February 5, 2013, and will continue to accrue at said rate so long as

27  Defendants remain in possession of the Property.

28         10.     Pursuant to California Evidence Code Section 453, Plaintiff states that at the

2

**VERIFIED COMPLAINT FOR UNLAWFUL DETAINER**

1  time of trial it will request judicial notice be taken of certified copy of the recorded document

2  referred to in paragraph 4 hereof and all proofs of service then on file herein.

3       WHEREFORE, Plaintiff prays judgment against Defendants as follows:

4         1.   For restitution and possession of the Property;

5         2.   For damages in the amount of $30.00 per day from February 5, 2013, and for

6            each day that Defendants continue in possession of the Property through the

7            date of entry of judgment; and

8         3.   For costs and for such other and further relief as the court may deem just and

9            proper.

10

11                        **TFLG, A Law Corporation**

12

13  Dated: February 7, 2013               By: _____

14                        Sean H. Bedrosian
                           Attorney for Plaintiff

15                        THE BANK OF NEW YORK MELLON
                      FKA THE BANK OF NEW YORK, AS

16                        TRUSTEE FOR THE
                      CERTIFICATEHOLDERS OF THE

17                        CWABS INC., ASSET-BACKED
                      CERTIFICATES, SERIES 2006-10

18

19

20

21

22

23

24

25

26

27

28

**VERIFIED COMPLAINT FOR UNLAWFUL DETAINER**

1

2     **VERIFICATION**

3        I, the undersigned, declare:

4        I have read the foregoing Verified Complaint For Unlawful Detainer and know its contents.

5        I am the attorney or one of the attorneys for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-10,  a party to this action. Such is absent from the county where I or such attorneys have their offices. For that reason, I am making this verification for and on behalf of that party. I am informed and believe and on that basis allege that the matters stated in said document are true and correct.

        I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

        Executed this 7th day of February, 2013, at Davis, California.


By: _____
Sean H. Bedrosian,  Attorney at Law

**VERIFIED COMPLAINT FOR UNLAWFUL DETAINER**

RECORDING REQUESTED By :
RECONTRUST COMPANY, N.A.
AND WHEN RECORDED MAIL TO:
RECONTRUST COMPANY, N.A.
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

Forward Tax Statements to Address listed above

Recorded in Official Re    ., County of San Bernardino      10/18/2012
                                                              8:00 AM
**DENNIS DRAEGER**                                            NC
ASSESSOR – RECORDER – CLERK

771 Document Processing Solutions

Doc#:   **2012–0434417**

| Titles: | 1 | Pages: | 3 |
|---|---|---|---|
| Fees | | | 21.00 |
| Taxes | | | 0.00 |
| Other | | | 0.00 |
| PAID | | | $21.00 |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS No. 11-0117001
Title Order No. 11-0098380

## TRUSTEE'S DEED UPON SALE

APN#    0477-233-21-0-000              TRANSFER TAX: $_____

The Grantee herein  was the beneficiary
The amount of the unpaid debt was $ 214,376.02
The amount paid by the Grantee was $ 212,413.51
The property is in the city of VICTORVILLE, County of SAN BERNARDINO

RECONTRUST COMPANY, N.A., as the duly appointed Trustee (or successor Trustee or substituted Trustee), under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without covenant or warranty to:

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-10

herein called Grantee, the following described real property situated in SAN BERNARDINO County, California:

SEE ATTACHED LEGAL DESCRIPTION

This conveyance is made pursuant to the powers conferred upon Trustee by the Deed of Trust executed by APRIL L MOTTAHEDEH, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY, as Trustor, recorded on 05/16/2006, Instrument Number 2006-0332838 ( or Book , Page ) Official Records in the Office of the County Recorder of SAN BERNARDINO County.

All requirements of law regarding the recording and mailing of copies of the Notice of Default and Election to Sell, and the recording, mailing, posting, and publication of the Notice of Trustee's Sale have been complied with.

Mail Tax Statements to
Return Address Above

Page 1 of 2                    *Form trsteedeed_2012.1.0_01/2012*



TS No. 11-0117001

Title Order No. 11-0098380

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real property at public auction on 10/09/2012. Grantee, being highest bidder at said sale became the purchaser of said property for the amount bid, which amount was $ 212,413.51.

DATE: **OCT 12 2012**

RECONTRUST COMPANY, N.A.

BY: _____ OCT 12 2012

Georgia Hernandez, Asst Vice President

State of California

County of **VENTURA** )

On **OCT 12 2012** before me, **C.M. FRAZIER, NOTARY PUBLIC** (insert name and title of the officer) personally appeared **Georgia Hernandez**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

C. M. FRAZIER

C. M. FRAZIER
Commission # 1840019
Notary Public - California
Los Angeles County
My Comm. Expires Mar 9, 2013

Form trsteedeed_2012.1.0_01/2012

CLTA Guarantee Form No. 22 (Revised 09-12-08)

REF. NO. 2011-117001                    LEGAL DESCRIPTION

THE LAND REFERRED TO IN THIS POLICY IS SITUATED IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

A PORTION OF THE SOUTH ONE-HALF OF THE NORTHEAST ONE-QUARTER OF SECTION 21, TOWNSHIP 5 NORTH, RANGE 4 WEST, SAN BERNARDINO MERIDIAN, IN THE CITY OF VICTORVILLE, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

COMMENCING ON THE WEST LINE OF SAID SOUTH ONE-HALF OF THE NORTHEAST ONE QUARTER; THENCE SOUTH 0° 37' 210 FEET FROM THE NORTHWEST CORNER THEREOF; THENCE NORTH 89° 32' 30" EAST 1265.34 FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUING NORTH 89° 32' 30" EAST 200 FEET; THENCE SOUTH 0° 27' 30" EAST 60 FEET; THENCE SOUTH 89° 32' 30" WEST 200 FEET; THENCE NORTH 0° 27' 30" WEST 60 FEET TO THE TRUE POINT OF BEGINNING.

## NOTICE TO ANY RENTERS LIVING AT
## [CCP § 1161c(b)]

### 14266 CITY VIEW COURT, VICTORVILLE, CA 92395

The attached notice means that your home was recently sold in foreclosure and the new owner seeks to obtain possession of the property by filing an unlawful detainer action in order to lawfully evict you from the premises.

In order to understand your rights you should contact an attorney IMMEDIATELY. Please be advised that you may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and/or voluntarily vacate the property.

If you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. Again please consult an attorney about these issues.

Please be advised, you may have the right to stay in your home for 60 or 90 days, or longer, regardless of any deadlines stated on any attached papers. In some cases, and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

### HOW TO GET LEGAL HELP

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association

# Exhibit B

## NOTICE TO OCCUPANT(S) TO VACATE PREMISES

### Located At:

### 14266 CITY VIEW COURT
### VICTORVILLE, CA 92395

**TO APRIL L MOTTAHEDEH, AND ALL PERSONS WHO ARE IN THE POSSESSION OF AND OCCUPY THE REAL PROPERTY AT THE ABOVE ADDRESS:**

**YOU ARE HEREBY NOTIFIED** that your right to occupy the real property at the above address has been terminated as the result of the sale of said property by the Trustee under a power of sale contained in a Deed of Trust which appeared of record against said property.

You are required to quit and deliver up possession of the above real property to the undersigned, as agent for the owner, within the notice period specified below. In the event you fail to do so you will be deemed to be unlawfully detaining the premises, which will result in commencement of court proceedings against you by the owner to recover possession of the premises, together with court costs and the reasonable rental value of the property for each day of your continued occupancy thereof.

### NOTICE

To avoid a lawsuit and the associated expense, it is necessary for you to vacate the above property within THREE (3) Days after service upon you of this Notice, unless (1) you obtained possession of the property as a "tenant or subtenant" under a "lease or rental agreement" as those terms are used in California Code of Civil Procedure section 1161b, in which event it will be necessary for you to vacate the premises within SIXTY (60) DAYS after service upon you of this Notice; or (2) you obtained possession of the property as a "bona fide tenant" under a "bona fide lease" as those terms are used in the Protecting Tenants at Foreclosure Act of 2009 (PTFA), in which event it will be necessary for you to vacate the premises within NINETY (90) days after service upon you of this Notice; however, in order to further assess your rights under the PTFA, please provide a copy of your bona fide lease and/or other proof of bona fide tenancy within 10 CALENDAR DAYS; or (3) you obtained possession of the property as a Section 8 tenant, in which event it will be necessary for you to vacate the premises within NINETY (90) days after service upon you of this Notice. Please provide our office with a copy of your lease or proof of tenancy.

If you are presently on active duty in any branch of the United States Armed Forces or if you are a dependent of an individual who is on active duty in any branch of the United States Armed Forces, please contact our office immediately at the number provided below and be prepared to provide credible proof of active military status. You may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-596).

You must contact the undersigned by telephone within **72 HOURS** in the event you occupy the property as a tenant or subtenant, and be able to provide proof of tenancy or subtenancy.

This Notice is authorized pursuant to the provisions of SECTION 1161a(b)(3) of the California Code of Civil Procedure.

DATED: 11/2/2012

Authorized Agent For Owner:
TFLG

By: _Viana Bal_

Viana G. Barbu, Esq.
Attorney at Law
(530) 601-5166

CaseID 132748

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:

**Notice to Occupant(s) to Vacate Premises; Notice to Any Renters Pursuant to Ccp1161c(b)**

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME:       **APRIL L MOTTAHEDEH**

ADDRESS:    **14266 CITY VIEW COURT, VICTORVILLE, CA 92395**

[ X ] 1. PERSONAL SERVICE            By delivering a copy of the Notice(s) to each of the above personally:

(1) on:   **11/6/2012**

(2) at:   **8:41 AM**

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

**Person who served papers**
a. Name:                        **Alan Ziegenbein**
b. Address:                     **3600 Lime St., Suite #214, Riverside, CA 92501**
c. Telephone number:            **951-682-0365**
d. The fee for service was:     **$89.50**
e. I am:
   (1) [   ] not a registered California process server.
   (2) [   ] exempt from registration under Business and Professions Code section 22350(b).
   (3) [ X ] registered California process server:

   (i) [   ] owner  [   ] employee  [ X ] independent contractor   For:        **ABC Legal Services, Inc.**
   (ii) [ X ] Registration No.:       **1409**                     Registration #: **6779**
   (iii) [ X ] County:                **SAN BERNARDINO**           County:      **Los Angeles**

[ X ] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

[   ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date:  **11/7/2012**

**BY FAX**

_____                    _____
        **Alan Ziegenbein**                                              (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

---

PROOF OF SERVICE                                                          Page 1 of 1

Order No. 7685045 SEA FIL

# Exhibit C

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:

**Notice to Occupant(s) to Vacate Premises; Notice to Any Renters Pursuant to Ccp1161c(b)**

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME:  **ALL PERSONS IN POSSESSION, C/O APRIL L MOTTAHEDEH**

ADDRESS:  **14266 CITY VIEW COURT, VICTORVILLE, CA 92395**

[  ] 1. PERSONAL SERVICE                By delivering a copy of the Notice(s) to each of the above personally:

(1) on:

(2) at:

[ X ] 2. CONSTRUCTIVE SERVICE        After attempting to personally serve said Notice(s) on each of the above named
parties on **11/6/2012 at 8:41 AM**, and having been unable, by service as
authorized by C.C.P. Section 1162 (a)(2,3) in the manner set forth below:.

[ X ] By leaving a copy for each of the above named parties on **11/6/2012 at 8:41 AM** with **APRIL L
MOTTAHEDEH, A black-haired Middle Eastern female approx. 45-55 years of age, 5'4"-5'8" tall and weighing
120-160 lbs.,**

[ X ] By posting a copy for each of the above named parties on **11/6/2012 at 8:41 AM** in a conspicuous place on
the property;

[ X ] and thereafter mailing a copy to each said party by depositing said copies in the United States mail on (date):
**November 6th, 2012**, from (city): **VICTORVILLE, CA**, in a sealed envelope with postage fully prepaid,
addressed to each said party at their place where the property is situated or,

[  ] a declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

**Person who served papers**

a. Name:                    **Alan Ziegenbein**
b. Address:                 **3600 Lime St., Suite #214, Riverside, CA 92501**
c. Telephone number:        **951-682-0365**
d. The fee for service was: **$**
e. I am:
  (1) [  ] not a registered California process server.
  (2) [  ] exempt from registration under Business and Professions Code section 22350(b).
  (3) [ X ] registered California process server:

  (i) [  ] owner  [  ] employee  [ X ] independent contractor      For:  **ABC Legal Services, Inc.**
  (ii) [ X ] Registration No.:        **1409**                    Registration #: **6779**
  (iii)[ X ] County:              **SAN BERNARDINO**              County:  **Los Angeles**

[ X ] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

[  ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date:  **11/7/2012**



_____                    _____
        **Alan Ziegenbein**                                    (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

**BY FAX**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
VICTORVILLE DISTRICT
14455 Civic Drive
Civil:Ste100 Crim/Traf:Ste200
Victorville, CA 92392

THE BK OF NEW YORK VS MOTTAHEDEH
www.sb-court.org                    Case No. UDVS1300437
         *** NOTICE OF STATUS CONFERENCE ***
      ***NOTICE OF CASE ASSIGNMENT FOR ALL PURPOSES***
TFLG, A LAW CORPORATION
202 COUSTEAU PLACE  SUITE 260
DAVIS CA 95618


HEARING DATE: 03/20/13
TIME:         8:30
DEPT:         V15

THIS CASE IS ASSIGNED TO ROBERT G FOWLER IN DEPARTMENT V15.
PLAINTIFF: THE BANK OF NEW YORK MELLON
DEFENDANT: APRIL L MOTTAHEDEH
PROPERTY ADDRESS: 14266 CITY VIEW COURT VICTORVILLE CA 92395
=====================================================================
Notice is hereby given to the plaintiff that the above-entitled case
has been set for a Status Conference in order to ensure compliance
with time standards established by the California Judicial Council to
disposition cases within 45 days from the filing of the complaint,
whenever possible.

The plaintiff should advise the court of the reasons, if any, that
there is no disposition on this case.  The court may then issue all
appropriate orders designed to meet the Judicial Council standards.

Appearance at the Status Conference is MANDATORY unless one of the
following is accomplished FIVE COURT DAYS PRIOR to the date and time
of the hearing:
         1.  A Request for Setting / Memorandum to Set Trial is Filed
         2.  A judgment (Stipulated or Default) is entered; OR
         3.  A dismissal of the entire case is filed.
FAILURE TO APPEAR OR TAKE ONE OF THE STEPS LISTED ABOVE MAY RESULT IN
THE DISMISSAL OF THE CASE.

The advance jury fees of $150 per party is NON-REFUNDABLE and must be
deposited at least five days before the trial date. PLEASE NOTE: This
is in addition to actual daily fees and mileage for each juror that
must be paid.
                CERTIFICATE OF SERVICE BY MAIL BY CLERK
I certify that I am not a party to this cause; that I served a copy of
this notice on the date shown below upon the person(s) shown hereon by
depositing a true copy thereof in separate sealed envelopes with the
postage thereon fully prepaid, in the United States  mail at
Victorville.
Executed at the above named district on 02/11/13
                          By:  FELICIA CONKLIN
                          _____
                               Deputy Clerk

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| TFLG A LAW CORPORATION<br>ERIC G. FERNANDEZ, ESQ. (SBN: 269684)<br>SEAN H. BEDROSIAN (SBN: 265066)<br>202 COUSTEAU PLACE, SUITE 260<br>DAVIS, CA 95618<br>TELEPHONE NO.: (530)750-3700    FAX NO.: (530)750-3344<br>ATTORNEY FOR *(Name)*: | FILED COPY<br>SUPERIOR COURT<br>COUNTY OF SAN BERNARDINO<br>VICTORVILLE DISTRICT<br><br>FEB 1 1 2013<br><br>*Felicia Conklin*<br>FELICIA CONKLIN, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 14455 CIVIC DRIVE, SUITE 100
MAILING ADDRESS: SAME
CITY AND ZIP CODE: VICTORVILLE, CA 92392
BRANCH NAME: VICTORVILLE DISTRICT    LIMITED CIVIL CASE

CASE NAME:
SEE ATTACHMENT

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: UDVS1300437 |
|---|---|---|---|---|
| ☐ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☒ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter    ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br>DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☒ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties     d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel    e. ☐ Coordination with related actions pending in one or more courts
       issues that will be time-consuming to resolve             in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence        f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☒ monetary b. ☒ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify)*: ONE
5. This case ☐ is ☒ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related cases. *(You may use form CM-015.)*

Date: FEBRUARY 7, 2013

SEAN H. BEDROSIAN
_____                    ▶    _____
(TYPE OR PRINT NAME)                                        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007]     **CIVIL CASE COVER SHEET**     *Legal Solutions Plus*     Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach—Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case—Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief from Late Claim
  Other Civil Petition

MC-025

| SHORT TITLE: THE BANK OF NEW YORK v. MOTTAHEDEH | CASE NUMBER: |
|---|---|

### ATTACHMENT *(Number):* _____
*(This Attachment may be used with any Judicial Council form.)*

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-10
v. APRIL L. MOTTAHEDEH, PEYMON MOTTAHEDEH, and DOES 1-5

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page _____ of _____

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

Legal
Solutions
&amp; Plus

NOTICE: EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER.  READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address):*

TELEPHONE NO.:

FOR COURT USE ONLY

ATTORNEY FOR *(Name):*

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 14455 CIVIC DRIVE, SUITE 100
MAILING ADDRESS: SAME
CITY AND ZIP CODE: VICTORVILLE, CA  92392
BRANCH NAME: VICTORVILLE DISTRICT     LIMITED CIVIL CASE

PLAINTIFF: SEE ATTACHMENT

DEFENDANT: APRIL L MOTTAHEDEH, PEYMON MOTTAHEDEH, and DOES 1-5

UDVS1300437

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

CASE NUMBER:

*(To be completed by the process server)*
DATE OF SERVICE:

*(Date that this form is served or delivered, and posted, and mailed by the officer or process server)*

Complete this form only if ALL of these statements are true:
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.
3. You still occupy the premises.

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify):*

2. I reside at *(street address, unit No., city and ZIP code):*

3. The address of "the premises" subject to this claim is *(address):*

4. On *(insert date):* [ FEB 1 1 2013 ], the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.)*

5. I occupied the premises on the date the complaint was filed *(the date in item 4).* I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4).*

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4).*

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing of  $                    or file with the court the form "Application for Waiver of Court Fees and Costs."  I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

*(Continued on reverse)*

CP10.5 [New January 1, 1991]          **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**          *Legal Solutions to Plus*          Code of Civil Procedure, §§ 415.46, 715.010, 715.020, 1174.25

| | |
|---|---|
| PLAINTIFF *(Name)*:  SEE ATTACHMENT<br><br>DEFENDANT *(Name)*: APRIL L MOTTAHEDEH, PEYMON MOTTAHEDEH, and<br>DOES 1-5 | CASE NUMBER: |

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you)*:
    a. ☐ an oral rental agreement with the landlord.
    b. ☐ a written rental agreement with the landlord.
    c. ☐ an oral rental agreement with a person other than the landlord.
    d. ☐ a written rental agreement with a person other than the landlord.
    e. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING:  Perjury is a felony punishable by imprisonment in the state prison.**

Date:

▶

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
            (TYPE OR PRINT NAME)                                      (SIGNATURE OF CLAIMANT)

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial.  At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

**- NOTICE TO OCCUPANTS -**

**YOU MUST ACT AT ONCE if all the following are true:**
    **1. You are NOT named in the accompanying Summons and Complaint.**
    **2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.** *(The date is the court filing date on the accompanying Summons and Complaint.)*
    **3. You still occupy the premises.**

*(Where to file this form)*  You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)*  If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court.  *If you do not file this claim, you will be evicted without a hearing.*

CP10.5 [New January 1, 1991]           **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**           Page two

MC-025

| SHORT TITLE: THE BANK OF NEW YORK v. MOTTAHEDEH | CASE NUMBER: |
|---|---|

**ATTACHMENT** *(Number):* _____

*(This Attachment may be used with any Judicial Council form.)*

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-10

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page _____ of _____

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

Legal
Solutions
Plus

RECEIVED

FEB 20 2013

BY: Amy

keymon review

# EXHIBIT

# B

April Mottahedeh
9582 Buttemere Rd
Phelan, CA 92371
760 868 5834
815 346 2637
aprilmottahedeh@gmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### --RIVERSIDE DIVISION--



RECEIVED
BUT
NOT FILED

FEB 2 6 2013

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

APRIL MOTTAHEDEH,

          Plaintiff,

vs.

BANK OF AMERICA Home Loans
Servicing LP, Bank of America, N.A...,
RECONTRUST COMPANY, Bank of
New York, Esther Gray, Sheryl De La
Cruz, Equity Options Inc. and Does 1
through 20,

          Defendants,

Case No: 5:13-cv-00165-VAP-OP

Hon. Virginia A. Phillips

**DECLARATION OF APRIL
MOTTAHEDEH IN SUPPORT
OF PLANTIFF'S
MOTION TO ALTER OR
AMEND THE JUDGEMENT**

Date: 4/22/13
Time: 2:00 pm
Crtm: 2

I, <u>April Mottahedeh</u>, declare under penalty of perjury laws of the United State of America that the
following description of the documents below is based on my personal knowledge, true and correct:

1. **Exhibit # 20** is a document that I received in the U.S. Mail from TFLG Law Corporation on or
   about November 5, 2012.

2. **Exhibit #21** is a document that I received by mail from the San Bernardino county assessor
   office regarding my property at 14266 City View Court, Victorville, CA 92392 on or about May
   21, 2012.

3. **Exhibit #22** is a computer printout from San Bernardino County's website

Regarding the value of my property at 14266 City View Court, Victorville, CA 92392 Parcel number 0477-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 which I printed from my personal computer on February 24, 2013.

4. **Exhibit #23** is the IRS Form 1099-C that was received by me from Bank of America, on or about January 23, 2013.

5. **Exhibit #24** is four pages from the website of the California Secretary of State's office which I printed from my home computer on February 24, 2013.

Date: February 25, 2013

April Mottahedeh, *Pro Se*

9582 Buttemere Road

Phelan, CA 9237

## PROOF OF SERVICE BY MAIL

I, Peymon Mottahedeh, hereby certify that I placed a copy of:

## DECLARATION OF APRIL MOTTAHEDEH IN SUPPORT OF PLANTIFF'S MOTION TO ALTER OR AMEND THE JUDGEMENT

in the case of:

April Mottahedeh v. Bank of America Home Loans Servicing LP, Bank of America, N.A., RECONTRUST COMPANY, Bank of New York, Esther Gray, Sheryl Dela Cruz, Equity Options Inc. and Does 1 through 20, Case No. 5:12-cv-00165-VAP-OP

in an envelope, sealed said envelope and placed sufficient First Class postage on said envelope and addressed it to:

Attorney David Joerger

Bryan Cave LLP, attorneys for:

Bank of America Home Loans Servicing LP, Bank of America, N.A., RECONTRUST COMPANY, Bank of New York, Esther Gray, Sheryl Dela Cruz, Mortgage Electronic Registration Systems,

3161 Michelson Dr. Suite 1500

Irvine, CA 92612

I delivered said envelope to the care of United States Postal Service in Phelan, California on the date listed below.

Date: February 25, 2013

Peymon Mottahedeh

9582 Buttemere Rd.

Phelan, CA 92371

# TFLG

A LAW CORPORATION

November 2, 2012

All Unknown Occupants
14266 City View Court
Victorville, CA 92395

Re:  Occupants residing at 14266 City View Court, Victorville, CA 92395
     File No. 132748

To whom it may concern:

Our office represents the current owner of the above-referenced property, which obtained the property as a result of the foreclosure sale held on October 9, 2012. Attached is a copy of the Deed that was submitted for recording.

We are writing to notify you that military service members on "Active Duty", "Active Service", or a "dependent of such a service member" may be entitled to certain legal protections pursuant to the Servicemembers Civil Relief Act (50 USC App. §§501-596) (SCRA). If you believe that you may be eligible for such protection, please contact our office at 530.601.5166 within ten (10) calendar days from the date of this letter. If you have documentation evidencing your Active Military Status (e.g. standing orders), please provide our office with all documentation in your possession at 530-750-3344.

Your cooperation is appreciated.

Very Truly Yours,

Viana G. Barbu
Attorney at Law

Exhibit 20

RECORDING REQUESTED BY:
RECONTRUST COMPANY, N.A.
AND WHEN RECORDED MAIL TO:
RECONTRUST COMPANY, N.A.
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

Forward Tax Statements to Address listed above

Recorded in Official Records, County of San Bernardino     10/19/2012
  **DENNIS DRAEGER**                          8:00 AM
ASSESSOR – RECORDER – CLERK                NC

771 Document Processing Solutions

Doc#:  **2012 – 0434417**



| Titles: | 1 | Pages: | 3 |
|---|---|---|---|
| Fees |  |  | 21.00 |
| Taxes |  |  | 0.00 |
| Other |  |  | 0.00 |
| PAID |  |  | 921.00 |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS No. 11-0117001
Title Order No. 11-0098380

## TRUSTEE'S DEED UPON SALE

APN#   0477-233-21-0-000          TRANSFER TAX:$

The Grantee herein  was the beneficiary
The amount of the unpaid debt was $ 214,376.02
The amount paid by the Grantee was $ 212,413.51
The property is in the city of VICTORVILLE, County of SAN BERNARDINO

RECONTRUST COMPANY, N.A., as the duly appointed Trustee (or successor Trustee or substituted Trustee), under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without covenant or warranty to:

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-10

herein called Grantee, the following described real property situated in SAN BERNARDINO County, California:

SEE ATTACHED LEGAL DESCRIPTION

This conveyance is made pursuant to the powers conferred upon Trustee by the Deed of Trust executed by APRIL L MOTTAHEDEH, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY, as Trustor, recorded on 05/16/2006, Instrument Number 2006-0332838 ( or Book , Page ) Official Records in the Office of the County Recorder of SAN BERNARDINO County.

All requirements of law regarding the recording and mailing of copies of the Notice of Default and Election to Sell, and the recording, mailing, posting, and publication of the Notice of Trustee's Sale have been complied with.

Mail Tax Statements to
Return Address Above

Page 1 of 2                          Form trsteedeed_2012.1.0_01/2012

TS No. 11-0117001

Title Order No. 11-0098380

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real property at public auction on 10/09/2012. Grantee, being highest bidder at said sale became the purchaser of said property for the amount bid, which amount was $ 212,413.51.

DATE:   OCT 12 2012                              RECONTRUST COMPANY, N.A.

                                                            BY _____ OCT 12 2012

State of California                                    Georgia Hernandez, Asst Vice President

County of _____VENTURA_____ )

On __OCT 12 2012_____ before me, __C.M. FRAZIER, NOTARY PUBLIC_____ (insert name and title of
the officer) personally appeared _____Georgia Hernandez_____, who proved to me on the
basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged
to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and
correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

        C. M. FRAZIER

C. M. FRAZIER
Commission # 1840019
Notary Public - California
Los Angeles County
My Comm. Expires Mar 9, 2013

*Form trsteedeed_2012.1.0_01/2012*

CLTA Guarantee Form No. 22 (Revised 09-12-08)

REF. NO. 2011-117001                         LEGAL DESCRIPTION

THE LAND REFERRED TO IN THIS POLICY IS SITUATED IN THE COUNTY OF SAN
BERNARDINO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

A PORTION OF THE SOUTH ONE-HALF OF THE NORTHEAST ONE-QUARTER OF
SECTION 21, TOWNSHIP 5 NORTH, RANGE 4 WEST, SAN BERNARDINO MERIDIAN,
IN THE CITY OF VICTORVILLE, COUNTY OF SAN BERNARDINO, STATE OF
CALIFORNIA, DESCRIBED AS FOLLOWS:

COMMENCING ON THE WEST LINE OF SAID SOUTH ONE-HALF OF THE NORTHEAST
ONE QUARTER; THENCE SOUTH 0° 37' 210 FEET FROM THE NORTHWEST CORNER
THEREOF; THENCE NORTH 89° 32' 30" EAST 1265.34 FEET TO THE TRUE POINT OF
BEGINNING; THENCE CONTINUING NORTH 89° 32' 30" EAST 200 FEET; THENCE
SOUTH 0° 27' 30" EAST 60 FEET; THENCE SOUTH 89° 32' 30" WEST 200 FEET;
THENCE NORTH 0° 27' 30" WEST 60 FEET TO THE TRUE POINT OF BEGINNING.

# TFLG
## A LAW CORPORATION

202 Cousteau Place, Suite 260
Davis, California 95618-7715

SACRAMENTO
CA 957

03 NOV 2012
PM 5 L

UNITED STATES POSTAGE

02 1P     $ 000.45°
0003966292  NOV 02 2012
MAILED FROM ZIP CODE 95618

TO ALL UNKNOWN OCCUPANTS
14266 CITY VIEW COURT
VICTORVILLE, CA 92395

92395455656

**SAN BERNARDINO COUNTY**
PROPERTY INFORMATION
172 West Third Street
San Bernardino, CA 92415-0310



**ASSESSOR**
**DENNIS DRAEGER**

For Questions Contact

Date Mailed: 05/19/2010
Event Date : 12/31/2009
Parcel #: 0477-233-21-0-000
Property Location:
14266 CITY VIEW DR
VICTORVILLE CA  92395

VICTORVILLE District at:
14297 AMARGOSA RD
VICTORVILLE, CA 92392
PHONE NO: (760)245-7904

**ASSESSMENT NOTICE:**
THIS IS NOT A TAX BILL.
SEE OTHER SIDE.

5/19/2010

MOTTAHEDEH, APRIL L

14266 CITY VIEW DR
VICTORVILLE CA  92392

For the upcoming 2010 assessment year, the assessed value on this
property has been changed to:    46,800.
The reason for the change is:
REVIEWED ASSESSMENT, CHANGED TO MARKET VALUE

If the change is the result of a reviewed assessment, the new assessed
value is the lesser of the following values:

Maximum Assessment (Prop 13 Value):                  201,152
Fair Market Value as of 01/01/2010 (Prop 8 Value):    46,800
Restricted Use Value:

NOSAAA FRM   ARP 053 (Rev. 08-04)

Values will appear on the 2010 annual tax bill
effective 07/01/2010 - 06/30/2011

CNTL - 0031919

C*LULM1  92395

Exhibit 21

## San Bernardino County - PIMS
## Property Information for Parcel 0477-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


PDF Format
HTML Format

| Parcel | Parcel Status | Parcel Type | Property ID | Tax Status | Use Code | Land Access | Size | Land Type | District | Resp Group | Resp Unit |
|--------|---------------|-------------|-------------|------------|----------|-------------|------|-----------|----------|------------|-----------|
| 0477233210000 | A | Q | | 1 | SFR | PUB/UN | 03 | 05 | HESPERIA | D | RES |

### Roll Values History

| TYPE | 2012 | 2011 | 2010 | 2009 | 2008 |
|------|------|------|------|------|------|
| TRA | 12011 | 12011 | 12011 | 12011 | 12011 |
| Supplement | NO | NO | NO | NO | NO |
| Corrected Date | | | | | |
| Corrected Code | | | | | |
| Billed Owner | MOTTAHEDEH, APRIL L | MOTTAHEDEH, APRIL L | MOTTAHEDEH, APRIL L | MOTTAHEDEH, APRIL L | MOTTAHEDEH, APRIL L |
| Joint Owner | | | | | |
| Land Value | 10,900 | 10,900 | 10,900 | 14,000 | 35,000 |
| Improvement Value | 35,900 | 35,900 | 35,900 | 46,000 | 102,000 |
| Improvement Penalty | 0 | 0 | 0 | 0 | 0 |
| Pers Prop Value | 0 | 0 | 0 | 0 | 0 |
| Pers Prop Penalty | 0 | 0 | 0 | 0 | 0 |
| Total Penalties | 0 | 0 | 0 | 0 | 0 |
| Total Value | 46,800 | 46,800 | 46,800 | 60,000 | 137,000 |
| HOX Exemption | 0 | 0 | 0 | 0 | 0 |
| Special Exemptions | 0 | 0 | 0 | 0 | 0 |
| Net Value | 46,800 | 46,800 | 46,800 | 60,000 | 137,000 |
| Original Parcel | | | | | |

Exhibit 22

1 of 2



**Bank of America**
Home Loans

400 NATIONAL WAY
SIMI VALLEY, CA 93065-6298

Statement Date
01/21/2013

Account Number  128073559

## IMPORTANT TAX RETURN DOCUMENT ENCLOSED

Property Address
14266 CITY VIEW COURT



AT1       -772-66448-0045545-019-1-000-000-000-000

APRIL L MOTTAHEDEH
PO BOX 290311
PHELAN, CA  92329-0311

---

### Instructions for Debtor

You received this form because a Federal Government agency or an applicable (financial entity) a (lender) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's identification number.** For your protection, this form may show only the last four digits of your SSN, ITIN, or ATIN. However, the issuer has reported your complete identification number to the IRS, and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt actually or deemed discharged. **Note.** If you do not agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** May show the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A—Bankruptcy; B—Other judicial debt relief; C—Statute of limitations or expiration of deficiency period; D —Foreclosure election; E—Debt relief from probate or similar proceeding; F—By agreement; G—Decision or policy to discontinue collection; H—Expiration of nonpayment testing period; or I—Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** The IRS has created a page on IRS.gov for information about Form 1099-C and its instructions, at *www.irs.gov/form1099c*. Information about any future developments affecting Form 1099-C (such as legislation enacted after we release it) will be posted on that page.

---

☐ CORRECTED (if checked)   ☐ VOID (if checked)

| CREDITOR'S name, street address, city, state, ZIP code, and telephone no. | 1 Date of identifiable event<br>October 9, 2012 | OMB No. 1545-1424 | |
|---|---|---|---|
| BANK OF AMERICA, N.A.<br>400 NATIONAL WAY<br>SIMI VALLEY, CA  93065-6298<br>1-800-669-6607 | 2 Amount of debt discharged<br>$ 123,421.01 | 20**12** | **Cancellation of Debt** |
| | 3 Interest if included in box 2<br>$ 0.00 | Form **1099-C** | |
| CREDITOR'S federal identification number<br>94-1687665 | DEBTOR'S identification number<br>XXX-XX-2108 | 4 Debt description | **Copy B** |
| DEBTOR'S name<br>APRIL L MOTTAHEDEH | | 14266 CITY VIEW COURT<br>VICTORVILLE, CA  92395 | **For Debtor**<br>This is important tax information and is being furnished to the Internal Revenue Service. If you |
| Street address (including apt. no.)<br>PO Box 290311 | | 5 If checked, the debtor was personally liable for repayment of the debt ........ ▶ ☐ | are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results |
| City, state, and ZIP code<br>Phelan, CA  92329-0311 | | | from this transaction and the IRS determines that it has not been reported. |
| Account number (see instructions)<br>128073559 | | 6 Identifiable event code | 7 Fair market value of property<br>$ 45,950.00 | |

Form **1099-C**                    (keep for your records)                    Department of the Treasury - Internal Revenue Service

*Exhibit 23*

2/25/13        Business Search - Business Entities - Business Programs



California Secretary of State Debra Bowen

| Secretary of State | Administration | Elections | **Business Programs** | Political Reform | Archives | Registries |

## Business Search - Results

**Business Entities (BE)**

Online Services
- **E-File Statements of Information for Corporations**
- **Business Search**
- **Processing Times**
- **Disclosure Search**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business Solicitations**

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, February 22, 2013. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- *Select an entity name below to view additional information.* Results are listed alphabetically in ascending order by entity name.
- For information on checking or reserving a name, refer to **Name Availability.**
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests.**
- For help with searching an entity name, refer to **Search Tips.**
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions.**

Results of search for " EQUITY OPTIONS INC. " returned 4 entity records.

| Entity Number | Date Filed | Status | Entity Name | Agent for Service of Process |
|---|---|---|---|---|
| C2859870 | 03/15/2006 | DISSOLVED | **EQUITY OPTIONS FUNDING, INC.** | JULIE DENISAC |
| C1574363 | 05/03/1991 | SUSPENDED | **EQUITY OPTIONS, INC.** | BILL STEPHENS |
| C2260316 | 08/14/2000 | SUSPENDED | **GLOBAL EQUITY OPTIONS EXCHANGE** | ** RESIGNED ON 09/25/2008 |
| C2655050 | 06/08/2004 | DISSOLVED | **HOME EQUITY OPTIONS, INC.** | ** RESIGNED ON 05/17/2006 |

**Modify Search**  **New Search**

Privacy Statement | Free Document Readers
Copyright © 2013   California Secretary of State

Exhibit 24

2/25/13                                          Business Search - Business Entities - Business Programs



California Secretary of State Debra Bowen

| Secretary of State | Administration | Elections | **Business Programs** | Political Reform | Archives | Registries |

## Business Search - Results

**Business Entities (BE)**

Online Services
- **E-File Statements of Information for Corporations**
- **Business Search**
- **Processing Times**
- **Disclosure Search**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information**
(annual/biennial reports)

**Filing Tips**

**Information Requests**
(certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business Solicitations**

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, February 22, 2013. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- *Select an entity name below to view additional information.* Results are listed alphabetically in ascending order by entity name.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

Results of search for " EQUITY OPTIONS CORPORATION " returned 4 entity records.

| Entity Number | Date Filed | Status | Entity Name | Agent for Service of Process |
|---|---|---|---|---|
| C2859870 | 03/15/2006 | DISSOLVED | **EQUITY OPTIONS FUNDING, INC.** | JULIE DENISAC |
| C1574363 | 05/03/1991 | SUSPENDED | **EQUITY OPTIONS, INC.** | BILL STEPHENS |
| C2260316 | 08/14/2000 | SUSPENDED | **GLOBAL EQUITY OPTIONS EXCHANGE** | ** RESIGNED ON 09/25/2008 |
| C2655050 | 06/08/2004 | DISSOLVED | **HOME EQUITY OPTIONS, INC.** | ** RESIGNED ON 05/17/2006 |

**Modify Search    New Search**

**Privacy Statement | Free Document Readers**

Copyright © 2013   California Secretary of State

2/25/13

Business Search - Business Entities - Business Programs



# California Secretary of State Debra Bowen

| Secretary of State | Administration | Elections | **Business Programs** | Political Reform | Archives | Registries |

**Business Entities (BE)**

Online Services
 - **E-File Statements of Information for Corporations**
 - **Business Search**
 - **Processing Times**
 - **Disclosure Search**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
 - **Business Resources**
 - **Tax Information**
 - **Starting A Business**

Customer Alerts
 - **Business Identity Theft**
 - **Misleading Business Solicitations**

## Business Search - Results

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, February 22, 2013. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- *Select an entity name below to view additional information.* Results are listed alphabetically in ascending order by entity name.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

Results of search for " EQUITY OPTIONS " returned 4 entity records.

| Entity Number | Date Filed | Status | Entity Name | Agent for Service of Process |
|---|---|---|---|---|
| C2859870 | 03/15/2006 | DISSOLVED | **EQUITY OPTIONS FUNDING, INC.** | JULIE DENISAC |
| C1574363 | 05/03/1991 | SUSPENDED | **EQUITY OPTIONS, INC.** | BILL STEPHENS |
| C2260316 | 08/14/2000 | SUSPENDED | **GLOBAL EQUITY OPTIONS EXCHANGE** | ** RESIGNED ON 09/25/2008 |
| C2655050 | 06/08/2004 | DISSOLVED | **HOME EQUITY OPTIONS, INC.** | ** RESIGNED ON 05/17/2006 |

**Modify Search   New Search**

**Privacy Statement | Free Document Readers**

Copyright © 2013   California Secretary of State



**California Secretary of State Debra Bowen**

Secretary of State        Administration      Elections      **Business Programs**      Political Reform      Archives      Registries

## Business Entity Detail

**Business Entities (BE)**

Online Services
 - **E-File Statements of Information for Corporations**
 - **Business Search**
 - **Processing Times**
 - **Disclosure Search**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
 - **Business Resources**
 - **Tax Information**
 - **Starting A Business**

Customer Alerts
 - **Business Identity Theft**
 - **Misleading Business Solicitations**

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, February 22, 2013. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | EQUITY OPTIONS, INC. |
| Entity Number: | C1574363 |
| Date Filed: | 05/03/1991 |
| Status: | SUSPENDED |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 620 CAMINO DE LOS MARES E460 |
| Entity City, State, Zip: | SAN CLEMENTE CA 92686 |
| Agent for Service of Process: | BILL STEPHENS |
| Agent Address: | 27241 PASEO PEREGRINO |
| Agent City, State, Zip: | SAN JUAN CAPISTRANO CA 92675 |

\* Indicates the information is not contained in the California Secretary of State's database.

 - If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
 - For information on checking or reserving a name, refer to **Name Availability**.
 - For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
 - For help with searching an entity name, refer to **Search Tips**.
 - For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search      New Search      Printer Friendly      Back to Search Results**

Privacy Statement | Free Document Readers

Copyright © 2013   California Secretary of State